**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re: Julio E. Gil de Lamadrid

JULIO E. GIL DE LAMADRID,

    Appellant,

v.                                            Case No. 6:22-cv-2020-WWB

2420 ROAT DRIVE LLC and BOWLES
CUSTOM POOL & SPA INC.,

    Appellees.

## ORDER

THIS CAUSE is before the Court on Appellant's Motion for Voluntary Dismissal of Appeal (Doc. 2). Pursuant to Federal Rule of Bankruptcy Procedure 8023, the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on December 9, 2022.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record